# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TAMESHA PARKER <br><br> Defendant. | 8:18CR321 <br><br> **ORDER** |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial Date [26]. Counsel needs additional time to finish reviewing and processing an offer made by the government. For good cause shown,

**IT IS ORDERED** that the defendant's Unopposed Motion to Continue Trial Date [26] is granted as follows:

1. The jury trial, now set for June 11, 2019, is continued to **September 10, 2019**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 10, 2019** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 6th day of June 2019.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge